501

(No. 75-CC-837— )

ADDRESSOGRAPH MULTIGRAPH CORP., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 11, 1975.*

ADDRESSOGRAPH MULTIGRAPH, CORP.; Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-852— )

MONROE THE CALCULATOR COMPANY, Claimant, *vs.* STATE OF ILLINOIS, BUREAU OF THE BUDGET, Respondent.

*Opinion filed April 11, 1975.*

MONROE THE CALCULATOR COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.